FILED'10 JUL 12 9 :58USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHYLL MENDACINO,

      Petitioner,

     v.

MARK NOOTH,

      Respondent.

Civ. No. 08-485-CL

**OPINION AND ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and
Recommendation and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner has
filed objections [#33], and I have reviewed the file of this case
de novo. 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v.
Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).
I conclude the R and R is correct.

////

////

1 - OPINION AND ORDER

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#31) is adopted.  The petition (#1) is denied and this action is dismissed.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED.  See 28 U.S.C. § 2253(2).

IT IS SO ORDERED.


DATED this _12_ day of July, 2010.


OWEN M. PANNER
U.S. DISTRICT JUDGE


2 - ORDER